Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-cv-01151-JAD-EJY |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| NORTH AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, subject to approval by the Court, Defendant NORTH AMERICAN TITLE INSURANCE COMPANY hereby substitutes Kevin S. Sinclair and Sophia S. Lau of Early Sullivan Wright Gizer & McRae LLP, as counsel of record in place of Brittany Wood, Elizabeth Aronson and Aaron R. Maurice of Kolesar & Leatham. All future notices in this matter should be sent to:

Early Sullivan Wright Gizer & McRae LLP

8716 Spanish Ridge Avenue, Suite 105

Las Vegas, NV 89148

1
**SUBSTITUTION OF ATTORNEY**

Phone: (702) 331-7593    Fax: (702) 331-1652

Email: ksinclair@earlysullivan.com / slau@earlysullivan.com

I consent to the substitution.    NORTH AMERICAN TITLE INSURANCE COMPANY

Date:  January 30, 2020             */s/ Annie Malave*
Authorized representative

We consent to the substitution.    KOLESAR & LEATHAM

Date:  January 30, 2020             */s/ Aaron R. Maurice*
Aaron R. Maurice, Esq.

*/s/ Brittany Wood*
Brittany Wood, Esq.

*/s/ Elizabeth Aronson*
Elizabeth Aronson, Esq.

We consent to the substitution.    EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

Date:  January 30, 2020             */s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.

The substitution of attorney is hereby **APPROVED** and so **ORDERED.**

Date: January 31, 2020             _____
UNITED STATES MAGISTRATE JUDGE