DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION STAY**<br><br>**(FIRST REQUEST)** |

Bayview Loan Servicing, LLC (**Bayview**), and North American Title Insurance Company (**NATIC**), hereby stipulate and agree that Bayview shall have an additional fourteen (14) days, up to and including **April 1, 2020**, to file its response to NATIC's motion to stay, which is currently due on March 18, 2020. NATIC's motion to stay was filed on March 4, 2020.

Bayview requests an extension in light of the recent COVID-19 outbreak, as Bayview's counsel recently closed its physical offices and is experiencing delays shifting to remote operations. In addition, Bayview's counsel has had to address other related complications, including child care needs from school closures and health care needs of immediate family members. As a result, Bayview seeks additional time to analyze, prepare and finalize its response to NATIC's motion to stay.

. . .

. . .

52394559;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 19th day of March, 2020.

| **AKERMAN LLP** | **EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP** |
|---|---|
| */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bayview Loan Servicing, LLC* | */s/ Sophia S. Lau*<br>KEVIN S. SINCLAIR, ESQ.<br>Nevada Bar No. 12277<br>SOPHIA S. LAU, ESQ.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br><br>*Attorneys for North American Title Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 20, 2020

52394559;1