1  Kevin S. Sinclair, Esq., Nevada Bar No. 12277
   *ksinclair@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DE-DESIGNATE DOCUMENTS AS CONFIDENTIAL (ECF NO. 27)**<br><br>**(FIRST REQUEST)** |

    Plaintiff Bayview Loan Servicing, LLC ("Plaintiff") and defendant North American Title Insurance Company ("North American") (collectively the "Parties") by and through their counsel of record, hereby agree and stipulate as follows:

    WHEREAS on April 3, 2020 Plaintiff filed its Motion to De-Designate Documents as Confidential Under the Stipulated Protective Order (ECF No. 27);

    WHEREAS the District Court's automatic calendaring system set the deadline for North American's response to be April 17, 2020;

    WHEREAS Section 5 of the Stipulated Protective Order states that a party shall have 21 days to respond to a request to de-designate documents (ECF No. 12);

    WHEREAS North American requests an additional three (3) weeks from the date set by the automatic calendaring system/two (2) weeks from the date set by the Stipulated Protective Order to file its response to Plaintiff's Motion to De-Designate Documents as Confidential Under



1
**STIPULATION AND ORDER**
547967.1

the Stipulated Protective Order, and thus requests an extension of time through and including May 8, 2020 to file its response;

WHEREAS this extension is requested to allow counsel for North American adequate time to respond to Plaintiff's Motion to De-Designate Documents as Confidential Under the Stipulated Protective Order given the current Coronavirus/Covid-19 emergency;

WHEREAS Plaintiff does not oppose the extension;

WHEREAS this is the first request for an extension which is made in good faith and not for the purposes of delay.

NOW THEREFORE IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT that North American shall have until **Friday, May 8, 2020** to file its response in opposition to

| AKERMAN LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP |
|---|---|
| /s/-Darren T. Brenner<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | /s/-Kevin S. Sinclair<br>KEVIN S. SINCLAIR, ESQ.<br>Nevada Bar No. 12277<br>SOPHIA S. LAU, ESQ.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148 |
| *Attorneys for Bayview Loan Servicing, LLC* | *Attorneys for North American Title Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

_____
THE HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2020



2
**STIPULATION AND ORDER**

547967.1