Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.: 2:19-cv-01151-JAD-EJY <br><br> ~~STIPULATION AND~~ **ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DE-DESIGNATE DOCUMENTS AS CONFIDENTIAL (ECF NO. 27)** <br><br> **(SECOND REQUEST)** |

Plaintiff Bayview Loan Servicing, LLC ("Plaintiff") and defendant North American Title Insurance Company ("North American") (collectively the "Parties") by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS on April 3, 2020 Plaintiff filed its Motion to De-Designate Documents as Confidential Under the Stipulated Protective Order (ECF No. 27);

WHEREAS on April 16, 2020, the District Court extended North American's deadline to respond to Bayview's motion until May 8, 2020 (ECF No. 32);

WHEREAS North American requests an additional one (1) week from the current May 8, 2020 deadline to file its response to Plaintiff's Motion to De-Designate Documents as Confidential Under the Stipulated Protective Order, and thus requests an extension of time through and including May 15, 2020 to file its response;

WHEREAS this extension is requested to allow North American additional time to

procure an appropriate supporting declaration for its response in opposition to Plaintiff's motion and to complete its brief in opposition to the motion, both of which have been delayed by stay-at-home orders relating to the Covid-19 novel coronavirus emergency;

WHEREAS Plaintiff does not oppose the extension;

WHEREAS this is the second request for an extension which is made in good faith and not for the purposes of delay.

NOW THEREFORE IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT that North American shall have until **Friday, May 15, 2020** to file its response in opposition to Plaintiff's Motion to De-Designate Documents as Confidential Under the Stipulated Protective Order (ECF No. 27).

| AKERMAN LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP |
|---|---|
| /s/-Darren T. Brenner<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | /s/-Kevin S. Sinclair<br>KEVIN S. SINCLAIR, ESQ.<br>Nevada Bar No. 12277<br>SOPHIA S. LAU, ESQ.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148 |
| *Attorneys for Bayview Loan Servicing, LLC* | *Attorneys for North American Title Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

_____
THE HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____May 8, 2020_____



2
~~STIPULATION AND~~ ORDER

551101.1