Kevin S. Sinclair, Nevada Bar Number 12277
    *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC | Case No.: 2:19-cv-01151-JAD-EJY |
| Plaintiff, | **MOTION TO SUBSTITUTE COUNSEL** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, subject to the approval of the District Court, defendant North American Title Insurance Company hereby substitutes Kevin S. Sinclair of Sinclair Braun LLP as its counsel of record in place of Scott E. Gizer and Sophia S. Lau of Early Sullivan Wright Gizer & McRae LLP. Mr. Sinclair's new contact information appears in the previously-filed Notice of Change of Attorney Contact Information and of Designation of Local Counsel for Service of Process per Local Rule IA 11-1(b).

//

//

//

//



THE UNDERSIGNED CONSENT TO THIS SUBSTITUTION:

Dated:  August 31, 2020                    EARLY SULLIVAN WRIGHT
                                           GIZER & McRAE LLP


                                    By:  _/s/-Scott E. Gizer_____
                                           SCOTT E. GIZER

Dated:  August 31, 2020                    EARLY SULLIVAN WRIGHT
                                           GIZER & McRAE LLP


                                    By:  _/s/-Sophia S. Lau_____
                                           SOPHIA S. LAU

Dated:  August 31, 2020                    NORTH AMERICAN TITLE INSURANCE
                                           COMPANY


                                    By:  _/s/-Annie Malave_____
                                           ANNIE MALAVE, authorized representative

Dated:  August 31, 2020                    SINCLAIR BRAUN LLP


                                    By:  _/s/-Kevin S. Sinclair_____
                                           KEVIN S. SINCLAIR

This substitution of counsel is hereby APPROVED. It is so ORDERED.

DATED _September 1_____, 2020

                                    UNITED STATES MAGISTRATE JUDGE

