1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
3  7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117
4  (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net
5  *Attorney for Plaintiff, Bayview Loan Servicing, LLC*

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9  | BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-cv-01151-JAD-EJY |
   |---|---|
   | Plaintiff, | |
   | vs. | SUBSTITUTION OF ATTORNEY |
   | NORTH AMERICAN TITLE INSURANCE COMPANY; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X, | |
   | Defendants. | |

        Plaintiff, Bayview Loan Servicing, LLC, hereby substitutes and appoints the law firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of the law firm of Akerman LLP.

   DATED this ___ day of July, 2020.

                                        Bayview Loan Servicing, LLC

                                        By: _____
                                        Its: First Vice President

1  Akerman LLP hereby substitutes in its place and stead Wright, Finlay & Zak, LLP, as
2  attorney for Plaintiff, Bayview Loan Servicing, LLC, in the above-entitled matter.
3  DATED this ___ day of _____, 2020.

AKERMAN LLP

By: _____
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Prior Attorney for Plaintiff, Bayview Loan Servicing, LLC*

Wright, Finlay & Zak, LLP, hereby accepts substitution as attorney for Plaintiff, Bayview Loan Servicing, LLC, in the above-entitled matter in place and stead of Akerman LLP.

DATED this 31 day of August, 2020.

WRIGHT, FINLAY & ZAK, LLP

By: _____
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Bayview Loan Servicing, LLC*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: September 2, 2020**