Kevin S. Sinclair, State Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND NORTH AMERICAN'S TIME TO RESPOND TO MOTION RE CLAW BACK [ECF No. 58]**<br><br>**[FIRST REQUEST]** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.   On October 8, 2020, Bayview filed its motion for an order on North American's rights to claw back documents under seal. (ECF No. 58.);

2.   North American's current deadline to respond to Bayview's motion is October 22, 2020;

3.   North American requests a one-week extension of time to respond to Bayview's motion, until October 29, 2020, to afford North American additional time to respond to the legal arguments set forth in Bayview's motion, which implicate issues of privilege;

1
**STIPULATION AND ORDER**

      4.      Bayview does not oppose the requested extension;

      5.      This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion for an order on North American's rights to claw back documents under seal (ECF No. 58) is hereby extended through and including October 29, 2020.

Dated: October 20, 2020           SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: October 20, 2020           WRIGHT FINLAY & ZAK, LLP

By:   */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this 20th day of October, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



2
**STIPULATION AND ORDER**