Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

 DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-CV-01151-JAD-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR AN ORDER DETERMINING WHETHER EXHIBIT FILED IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT MUST BE SEALED (ECF No. 67)** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 28, 2020, Bayview filed its motion for an order determining whether exhibit filed in support of motion for partial summary judgment must be sealed (ECF No. 67.);

2. North American's deadline to respond to respond to the motion for an order determining whether exhibit filed in support of motion for partial summary judgment must be sealed is currently November 11, 2020;

3. North American requests a brief extension of time to respond to Bayview's motion, until December 2, 2020, to afford North American additional time to respond to the legal

arguments set forth in Bayview's motion;

    4.    Bayview does not oppose the requested extension;

    5.    This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion for an order determining whether exhibit filed in support of motion for partial summary judgment must be filed under seal (ECF No. 67) is hereby extended through and including December 2, 2020.

Dated: November 5, 2020    SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: November 5, 2020    WRIGHT FINLAY & ZAK, LLP

By:   /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this 5th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

