Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:19-CV-01151-JAD-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 65)**<br><br>ECF No. 78 |

      COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.     On October 28, 2020, Bayview filed its motion for partial summary judgment (ECF No. 65.);

      2.     North American's deadline to respond to the motion for partial summary judgment is currently November 18, 2020;

      3.     North American requests a brief extension of time to respond to Bayview's motion, until December 2, 2020, to afford North American additional time to respond to the legal arguments set forth in Bayview's motion;

4. Bayview does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion for partial summary judgment (ECF No. 65) is hereby extended through and including December 2, 2020.

Dated:  November 5, 2020             SINCLAIR BRAUN LLP


                                     By:  /s/-Kevin S. Sinclair
                                          KEVIN S. SINCLAIR
                                          Attorneys for Defendant
                                          NORTH AMERICAN TITLE INSURANCE
                                          COMPANY

Dated:  November 5, 2020             WRIGHT FINLAY & ZAK, LLP


                                     By:  /s/-Darren T. Brenner
                                          DARREN T. BRENNER
                                          Attorneys for Plaintiff
                                          BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this  5th  day of  November , 2020.

                                          _____
                                          JENNIFER A. DORSEY
                                          UNITED STATES DISTRICT JUDGE

