UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:19-cv-01151-JAD-EJY<br><br>**ORDER** |

Before the Court is North American Title Insurance Company's ("NATIC") Motion to Seal Response to Motion to Claw Back Documents. ECF No. 70. No response to this Motion was filed. A review of NATIC's Motion demonstrate it meets the requirements of *Kamakana v. City & Cnty of Honolulu* for sealing the unredacted version of NATIC's response to Plaintiff's Motion to Claw Back Documents. 447 F.3d 1172. 1179-80 (9th Cir. 2006).

Accordingly, IT IS HEREBY ORDERED that North American Title Insurance Company's Motion to Seal Response to Motion to Claw Back Documents (ECF No. 70) is GRANTED.

IT IS FURTHER ORDERED that North American Title Insurance Company's sealed Response to Motion to Claw Back Documents (ECF No. 69) shall remain sealed.

Dated this 13th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE