Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-cv-01151-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO OPPOSE MOTION TO COMPEL VERIFICATION OF SECOND SET OF INTERROGATORIES (ECF No. 74)** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant. | **(FIRST REQUEST)** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On November 3, 2020, Bayview filed its motion to compel verification for responses to second set of interrogatories (ECF No. 74.);

2. North American's deadline to respond to respond to the motion to compel verification for responses to second set of interrogatories is currently November 17, 2020;

3. North American requests a brief extension of time to respond to Bayview's motion, up to and including November 20, 2020, to afford North American additional time to respond to the legal arguments set forth in Bayview's motion;

4. Bayview does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion to compel verification for responses to second set of interrogatories (ECF No. 74) is hereby extended through and including November 20, 2020.

Dated: November 16, 2020           SINCLAIR BRAUN LLP


                                   By:  /s/-Kevin S. Sinclair
                                        KEVIN S. SINCLAIR
                                        Attorneys for Defendant
                                        NORTH AMERICAN TITLE INSURANCE
                                        COMPANY

Dated: November 16, 2020           WRIGHT FINLAY & ZAK, LLP


                                   By:  /s/-Darren T. Brenner
                                        DARREN T. BRENNER
                                        Attorneys for Plaintiff
                                        BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this 17th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER**