1  Kevin S. Sinclair, NV Bar No. 12277
     *ksinclair@sinclairbraun.com*
2  SINCLAIR BRAUN LLP
   16501 Ventura Blvd, Suite 400
3  Encino, California 91436
   Telephone:  (213) 429-6100
4  Facsimile:  (213) 429-6101

5  Attorneys for Defendant
   NORTH AMERICAN TITLE INSURANCE COMPANY
6
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
7  PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

8  Janet Trost, Esq.
   501 S. Rancho Drive
9  Suite H-56
   Las Vegas, Nevada 89106

10
                  **UNITED STATES DISTRICT COURT**
11
                       **DISTRICT OF NEVADA**
12

| | |
|---|---|
| 13   BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-CV-01151-JAD-EJY |
| 14                   Plaintiff, | **STIPULATION AND ORDER CONTINUING DEADLINE TO RESPOND TO MOTION FOR** |
| 15            vs. | **PARTIAL SUMMARY JUDMENT; MOTION REGARDING SEALING OF** |
| 16   NORTH AMERICAN TITLE INSURANCE COMPANY, | **DOCUMENTS** |
| 17                   Defendant. | **(FIRST REQUEST)**   ECF Nos. 105, 108, 112, 113 |
| 18 | |

19          COMES NOW defendant North American Title Insurance Company ("North American")

20  and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and

21  through their respective attorneys of record, which hereby agree and stipulate as follows:

22          1.      On December 2, 2022, Bayview filed its motion for partial summary judgment

23  (ECF No. 106) and accompanying motion for an order determining whether exhibits filed in

24  support thereof must be sealed (ECF No. 109);

25          2.      North American's deadline to respond to the motion for partial summary judgment

26  is currently December 23, 2022; while its deadline to respond to the motion for an order

27  determining whether exhibits filed in support thereof must be sealed is December 16, 2022,

28          3.      North American requests a brief extension of time to respond to Bayview's



motions, such that both motions will be due on January 13, 2023, to afford North American

additional time to respond to the legal arguments set forth in Bayview's motions;

    4.    Bayview does not oppose the requested extension;

    5.    This is the first request for an extension which is made in good faith and not for

purposes of delay;

    **IT IS SO STIPULATED** that North American's deadline to respond to Bayview's

motion for partial summary judgment (ECF No.106) and motion for an order determining whether

exhibits filed in support thereof must be filed under seal (ECF No. 109) is hereby extended

through and including January 13, 2023.


Dated: December 16, 2022        SINCLAIR BRAUN LLP

                    By:   */s/-Kevin S. Sinclair*
                         KEVIN S. SINCLAIR
                         Attorneys for Defendant
                         NORTH AMERICAN TITLE INSURANCE
                         COMPANY

Dated: December 16, 2022        WRIGHT FINLAY & ZAK, LLP

                    By:   */s/-Darren T. Brenner*
                         DARREN T. BRENNER
                         Attorneys for Plaintiff
                         BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

    Dated this 19th day of  December, 2022.

                         _____
                         JENNIFER A. DORSEY
                         UNITED STATES DISTRICT JUDGE

