Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, et al.,<br><br>              Defendant. | Case No.: 2:19-CV-01151-JAD-EJY<br><br>**STIPUATION AND ORDER CONTINUING DEADLINE TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDMENT; MOTION REGARDING SEALING OF DOCUMENTS**<br><br>**(SECOND REQUEST)**    ECF No. 115 |

      COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.    On December 2, 2022, Bayview filed its motion for partial summary judgment (ECF No. 106) and accompanying motion for an order determining whether exhibits filed in support thereof must be sealed (ECF No. 109);

      2.    North American's deadline to respond to both motions is currently January 13, 2023,

      3.    North American requests an extension of time to respond to Bayview's motions, such that both motions will be due on Monday, February 13, 2023, to afford North American



1  additional time to respond to the legal arguments set forth in Bayview's motions;

2      4.    Bayview does not oppose the requested extension;

3      5.    This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion for partial summary judgment (ECF No.106) and motion for an order determining whether exhibits filed in support thereof must be filed under seal (ECF No. 109) is hereby extended through and including Monday, February 13, 2023.

Dated:  February 13, 2023    SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendant
    NORTH AMERICAN TITLE INSURANCE COMPANY

Dated:  February 13, 2023    WRIGHT FINLAY & ZAK, LLP

By:   /s/-Darren T. Brenner
    DARREN T. BRENNER
    Attorneys for Plaintiff
    BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE



**STIPUATION AND ORDER CONTINUING DEADLINE TO RESPOND TO MPSJ**