1  Kevin S. Sinclair, NV Bar No. 12277
    *ksinclair@sinclairbraun.com*
2  SINCLAIR BRAUN LLP
   16501 Ventura Blvd, Suite 400
3  Encino, California 91436
   Telephone:  (213) 429-6100
4  Facsimile:  (213) 429-6101

5  Attorneys for Defendant
   NORTH AMERICAN TITLE INSURANCE COMPANY
6
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
7  PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

8  Janet Trost, Esq.
   501 S. Rancho Drive
9  Suite H-56
   Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-CV-01151-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO MOTIONS FOR PARTIAL SUMMARY JUDMENT and REGARDING SEALING OF DOCUMENTS** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, et al., | |
| Defendant. | **(THIRD REQUEST)** |
| | ECF Nos. 106, 109, 117 |

　　COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

　　1.　　On December 2, 2022, Bayview filed its motion for partial summary judgment (ECF No. 106) and accompanying motion for an order determining whether exhibits filed in support thereof must be sealed (ECF No. 109);

　　2.　　North American's deadline to respond to both motions is currently February 13, 2023,

　　3.　　North American requests an extension of time to respond to Bayview's motions, such that both motions will be due on Monday, March 13, 2023, to afford North American



additional time to respond to the legal arguments set forth in Bayview's motions;

    4.    Bayview does not oppose the requested extension;

    5.    This is the third request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's **deadline to respond to Bayview's motion for partial summary judgment (ECF No.106) and motion for an order determining whether exhibits filed in support thereof must be filed under seal (ECF No. 109) is hereby extended through and including Monday, March 13, 2023.**

Dated: February 9, 2023        SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
      KEVIN S. SINCLAIR
      Attorneys for Defendant
      NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: February 9, 2023        WRIGHT FINLAY & ZAK, LLP

By:   /s/-Darren T. Brenner
      DARREN T. BRENNER
      Attorneys for Plaintiff
      BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

    Dated this 14th day of February, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER CONTINUING DEADLINE TO RESPOND TO MPSJ**