UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:19-cv-01151-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to Seal Opposition and Countermotion and Exhibits Thereto. ECF No. 125. Defendant's Motion seeks to keep sealed the following documents: ECF No. 121, an unredacted version of Defendant's Response and Countermotion to Plaintiff's Motion for Partial Summary Judgment; ECF No. 122, an unredacted version of Exhibit 1; ECF No. 123, an unredacted version of Exhibit 2; and ECF No. 124, a redacted version of Exhibit 5.

Upon review, the Court finds most of the documents at issue are properly filed under seal because they contain personal identifying information of third parties, which the Court has an interest in shielding from the public view. *Reflex Media, Inc. v. Doe No. 1*, Case No. 2:18-cv-024-RFB-GNW 2022 WL 2985938, at \*1 (D. Nev. July 28, 2022) (citations omitted). However, with respect to the request to seal ECF No. 124, Defendant is in violation of United States District Court for the District of Nevada Local Rule IC 6-1(b), which requires an attorney making a redacted filing to also file an unredacted copy under seal. An inspection of ECF No. 124 reveals redactions throughout the filing. Only an unredacted version of this exhibit should have been filed under seal, while the redacted version—the current filing at ECF No. 124—should have been filed on the publicly accessible record.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant's Motion to Seal Opposition and Countermotion and Exhibits Thereto (ECF No. 125) is GRANTED in part and DENIED in part.

1         IT IS FURTHER ORDERED that Defendants' Response and Countermotion to Plaintiff's Motion for Partial Summary Judgment (ECF No. 121), along with Exhibits One (ECF No. 122) and Two (ECF No. 123) are and shall remain sealed.

          IT IS FURTHER ORDERED that Defendants' Motion to Seal Exhibit Five (ECF No. 124) is DENIED.

          IT IS FURTHER ORDERED that Defendant **must** file (1) what is currently filed at ECF No. 124 on the public record, as this document is redacted, and (2) the Exhibit that is currently ECF No. 124 under seal **without redactions**, no later than Friday, March 17, 2023.

          IT IS FURTHER ORDERED that the ECF No. 124 is struck from the record as filed in error.

          Dated this 15th day of March, 2023.

                                               _____
                                               ELAYNA J. YOUCHAH
                                               UNITED STATES MAGISTRATE JUDGE