WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTIONS [ECF Nos. 105 & 108] AND RESPONSE TO COUNTERMOTION [ECF No. 120]**<br><br>**(Second Request)**   ECF No. 132 |

Plaintiff, Bayview Loan Servicing, LLC ("Bayview"), and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 2, 2022, Bayview filed a Motion for Partial Summary Judgment [ECF No. 105], as well as a Motion for an Order Determining Whether Exhibit Filed in support of Motion for Partial Summary Judgment Must be Filed Under Seal [ECF No. 108].

2. On March 13, 2023, NATIC filed its Opposition to Bayview's Motion for Partial Summary Judgment [ECF No. 119] and filed a Countermotion for Partial Summary Judgment [ECF No. 120].

3. On March 13, 2023, NATIC also filed its Response to Bayview's Motion for an Order Determining Whether Exhibit Filed in support of Motion for Partial Summary Judgment Must be Filed Under Seal [ECF No. 126].

4. Bayview's deadline to file its reply in support of its Motion for an Order Determining Whether Exhibit Must be Filed Under Seal; its reply in support of Motion for Partial Summary Judgment; and its deadline to respond to NATIC's Countermotion is April 3, 2023 [ECF No. 131].

5. Bayview requests a thirty (30) day extension of time to file its reply in support of its Motion for an Order Determining Whether Exhibit Must be Filed Under Seal [ECF No. 108]; its reply in support of Motion for Partial Summary Judgment [ECF No. 105]; and its response to NATIC's Countermotion, making the new deadlines May 3, 2023. The extension is requested to afford Bayview's counsel additional time to review and respond to the arguments in NATIC's Oppositions and Countermotion.

6. Counsel for NATIC does not oppose the requested extensions.

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 31st day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Bayview Loan Servicing, LLC*

DATED this 31st day of March, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant North American Title Insurance Company*

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE