WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-cv-01151-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION [ECF Nos. 105] AND RESPONSE TO COUNTERMOTION [ECF No. 120]** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X, | |
| Defendants. | **(Third Request)**  ECF No. 135 |

Plaintiff, Bayview Loan Servicing, LLC ("Bayview"), and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 2, 2022, Bayview filed a Motion for Partial Summary Judgment [ECF No. 105].

2. On March 13, 2023, NATIC filed its Opposition to Bayview's Motion for Partial Summary Judgment [ECF No. 119] and filed a Countermotion for Partial Summary Judgment [ECF No. 120].

3. Bayview's deadline to file its reply in support of its Motion for Partial Summary Judgment; and its deadline to respond to NATIC's Countermotion is May 3, 2023 [ECF No. 133].

4. Bayview requests a fourteen (14) day extension of time to file its reply in support of its Motion for Partial Summary Judgment [ECF No. 105]; and its response to NATIC's Countermotion, making the new deadlines May 17, 2023. The extension is requested to afford Bayview's counsel additional time to finalize its responses.

5. Counsel for NATIC does not oppose the requested extensions.

6. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of May, 2023. | DATED this 3rd day of May, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin S. Sinclair* |
| Darren T. Brenner, Esq. | Kevin S. Sinclair, Esq., |
| Nevada Bar No. 8386 | Nevada Bar No. 12277 |
| Lindsay D. Dragon, Esq. | 16501 Ventura Blvd, Suite 400 |
| Nevada Bar No. 13474 | Encino, California 91436 |
| 7785 W. Sahara Ave., Suite 200 | *Attorneys for Defendant North American Title Insurance Company* |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiff, Bayview Loan Servicing, LLC* | |

**IT IS SO ORDERED.**

DATED this 10th day of May, 2023,
*nunc pro tunc* to May 3, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE