Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO RESPOND TO MOTION TO SEAL (ECF NO.  136)**<br><br>**FIRST REQUEST** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On May 3, 2023, Bayview filed its reply in support of motion for an order determining whether exhibit filed in support of motion for partial summary judgment must be filed under seal (ECF No. 137) and the accompanying motion to seal that reply (ECF No. 136);

2. North American's deadline to respond to the motion to seal (ECF No. 136) is currently May 17, 2023,

3. North American requests a two-week extension of time to respond to Bayview's motion to seal (ECF No. 136), such that North American's deadline to respond to the motion shall

be May 31, 2023, to afford North American additional time to respond to the legal arguments set forth in Bayview's motions and the accompanying exhibits;

      4.      Bayview does not oppose the requested extension;

      5.      This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's motion to seal (ECF No.136) is hereby extended through and including May 31, 2023.

Dated: May 16, 2023            SINCLAIR BRAUN KARGHER LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: May 16, 2023            WRIGHT FINLAY & ZAK, LLP

By:   */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

      Dated this 17th day of May, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

