WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY; DOES I THROUGH X; and ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:19-cv-01151-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION [ECF Nos. 105] AND RESPONSE TO COUNTERMOTION [ECF No. 120]**<br><br>**(Fourth Request)**<br><br>[ECF No. 142] |

Plaintiff, Bayview Loan Servicing, LLC ("Bayview"), and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 2, 2022, Bayview filed a Motion for Partial Summary Judgment [ECF No. 105].

2. On March 13, 2023, NATIC filed its Opposition to Bayview's Motion for Partial Summary Judgment [ECF No. 119] and filed a Countermotion for Partial Summary Judgment [ECF No. 120].

3. Bayview's deadline to file its reply in support of its Motion for Partial Summary Judgment; and its deadline to respond to NATIC's Countermotion is May 17, 2023 [ECF No. 139].

4. Bayview requests a seven (7) day extension of time to file its reply in support of its Motion for Partial Summary Judgment [ECF No. 105]; and its response to NATIC's Countermotion, making the new deadlines May 24, 2023. The extension is requested to afford Bayview's counsel additional time to review and respond to the arguments in NATIC's Oppositions and Countermotion while counsel is out of state preparing for a trial.

5. Counsel for NATIC does not oppose the requested extensions.

6. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 17th day of May, 2023.                     DATED this 17th day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                                            */s/ Kevin S. Sinclair*
Darren T. Brenner, Esq.                                         Kevin S. Sinclair, Esq.,
Nevada Bar No. 8386                                             Nevada Bar No. 12277
Lindsay D. Dragon, Esq.                                         16501 Ventura Blvd, Suite 400
Nevada Bar No. 13474                                            Encino, California 91436
7785 W. Sahara Ave., Suite 200                             *Attorneys for Defendant North American Title*
Las Vegas, NV 89117                                             *Insurance Company*
*Attorneys for Plaintiff, Bayview Loan*
*Servicing, LLC*

**IT IS SO ORDERED.**

DATED this  18th   day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE