Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | Case No.: 2:19-CV-01151-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF COUNTERMOTION FOR MOTION FOR PARTIAL SUMMARY JUDMENT (ECF NO. 120); MOTIONS TO SEAL (ECF NOS. 144 & 148)** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, et al., | |
| Defendant. | ECF No. 154 |
| | **(FIRST REQUEST)** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.     On May 24, 2023, Bayview filed its response to North American's countermotion for partial summary judgment (ECF No. 149) and accompanying motion to seal that response and accompanying exhibits (ECF No. 148). Bayview also filed a motion to seal its reply to its motion for summary judgment and accompanying exhibits (ECF No. 145) under seal (ECF No. 144);

2.     North American's deadline to file its reply in support of its countermotion for partial summary judgment and to respond to both sealing motions is currently June 7, 2023,

3.     North American requests a thirty (30) day extension of time to file its reply

**STIPUATION AND ORDER CONTINUING DEADLINES**

1  supporting its countermotion for partial summary judgment and responses to the two motions to

2  seal, such that North American's deadlines to respond shall be July 7, 2023, to afford North

3  American additional time to respond to the legal arguments set forth in Bayview's motions;

4      4.    Bayview does not oppose the requested extension;

5      5.    This is the first request for an extension which is made in good faith and not for

6  purposes of delay;

7      **IT IS SO STIPULATED** that North American's deadline to reply in support of its

8  countermotion for partial summary judgment (ECF No. 120) and respond to the motions to seal

9  (ECF Nos. 144 and 148) is hereby extended through and including Friday, July 7, 2023.

10

11  Dated:  June 5, 2023        SINCLAIR BRAUN KARGHER LLP

12

13          By:   /s/-Kevin S. Sinclair

14          KEVIN S. SINCLAIR
        Attorneys for Defendant

15          NORTH AMERICAN TITLE INSURANCE
        COMPANY

16  Dated:  June 5, 2023        WRIGHT FINLAY & ZAK, LLP

17

18          By:   /s/-Darren T. Brenner

19          DARREN T. BRENNER
        Attorneys for Plaintiff

20          BAYVIEW LOAN SERVICING, LLC

21  **IT IS SO ORDERED.**

22      Dated this 7th day of June, 2023.

23

24  JENNIFER A. DORSEY
  UNITED STATES DISTRICT JUDGE

25

26

27

28



**STIPUATION AND ORDER CONTINUING DEADLINES**