Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, et al.,<br><br>Defendant. | Case No.: 2:19-CV-01151-JAD-EJY<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF COUNTERMOTION FOR MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 120)**<br><br>**(SECOND REQUEST)**  ECF No. 162 |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On May 24, 2023, Bayview filed its response to North American's countermotion for partial summary judgment (ECF No. 149);

2. On June 7, 2023, the Court granted the Parties' first stipulation to extend the time for North American to file its response supporting its countermotion for partial summary judgment (ECF No. 155);

3. North American requests a two-week (14-day) extension of time to file its reply supporting its countermotion for partial summary judgment, such that North American's deadline



to respond shall be July 21, 2023, to afford North American additional time to respond to the legal arguments set forth in Bayview's motions and to account for unavailability due to the upcoming holidays;

    4.    Bayview does not oppose the requested extension;

    5.    This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that **North American's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 120) is hereby extended through and including Friday, July 21, 2023.**

Dated: June 28, 2023    SINCLAIR BRAUN KARGHER LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: June 28, 2023    WRIGHT FINLAY & ZAK, LLP

By:   */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

    Dated this 3rd day of July, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

