Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY, et al.,<br><br>              Defendant. | Case No.: 2:19-CV-01151-JAD-EJY<br><br>**STIPULATION AND ORDER STAYING DEADLINE TO RESPOND TO OBJECTION TO ORDER (ECF NO. 163)**<br><br>ECF No. 168 |

      COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bayview Loan Servicing, LLC ("Bayview") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.    On June 16, 2023, the Court entered the Amended Order of the Magistrate Judge, determining that the documents attached to Bayview's motion for partial summary judgment (ECF Nos. 106-15 and 106-16) (the "Bulletins") should remain under seal (ECF No. 160);

      2.    On June 30, 2023, Bayview filed its Objection to the Magistrate Judge's Amended Order (ECF No. 163);

      3.    In another similar matter pending before this District Court and this Magistrate Judge, *U.S. Bank v. North American Title Insurance Company*, 2:19-cv-00424-JAD-EJY, the



1
**STIPULATION AND ORDER CONTINUING DEADLINES**

1  Magistrate Judge originally issued an order similar to ECF No. 163 in this case (ECF No. 78 in
2  the *U.S. Bank* Action), but then issued a further, amended order in that action. (ECF No. 92 in the
3  *U.S. Bank* Action).
4      4.    On July 12, 2023, Bayview filed a Motion for Status Conference requesting that
5  the Court set a status conference after July 22, 2023 in order for the Parties and the Court to meet
6  and discuss how best to address briefing the issues raised by the order in *U.S. Bank*. (ECF No.
7  166.)
8      5.    On July 13, 2023, the Court entered an order setting a status conference for July
9  27, 2023. The order notes that the purpose of the status conference is to attempt to reach a
10 resolution of the sealing dispute and end the "enormous investment and judicial time" that is
11 being devoted to the issue.
12     6.    North American's deadline to respond to Bayview's Objection in this action is
13 currently July 14, 2023.
14     7.    As the stated purpose of the July 27, 2023 status conference is to discuss and
15 attempt to resolve the issue of whether the Bulletins should be sealed, unsealed, or redacted in
16 order to avoid the time and expense of continued briefing, the Parties hereby stipulate and agree to
17 stay North American's deadline to respond to the Objection until after the status conference, to
18 the extent the dispute is not resolved and further briefing is specifically requested by the Court.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //



**IT IS SO STIPULATED** that North American's deadline to respond to Bayview's Objection is hereby stayed until after the Court holds a status conference in order to establish an economic and efficient briefing schedule regarding the issue of sealing the Bulletins.

Dated: July 14, 2023          SINCLAIR BRAUN KARGHER LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated: July 14, 2023          WRIGHT FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

**IT IS SO ORDERED.**

Dated this 21st day of July, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

