Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, <br><br>  Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br>  Defendant. | Case No.: 2:19-cv-01151-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br> ECF No. 175 |



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bayview Loan Servicing, LLC and Defendant North American Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  November 15, 2023                SINCLAIR BRAUN KARGHER LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

Dated:  November 15, 2023                WRIGHT FINLAY & ZAK LLP

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
BAYVIEW LOAN SERVICING, LLC

## ORDER

Based on the parties' stipulation [ECF No. 175] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 15, 2023

